AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BEN AMMONS,

    Plaintiff,

v.

SYNCHRONY BANK

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-039

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 10, 2023 and Federal Rule of Civil Procedure 68(a), the parties have informed this Court that they have resolved this case. Therefore, Judgment is hereby entered in favor of Plaintiff in the amount of $17,001.00. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: April 11, 2023

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020